UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHERRY LYNN B.,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 25-11154<br>Honorable Elizabeth A. Stafford |

**JUDGMENT**

In accordance with the Opinion and Order entered on September 23, 2026, it is hereby **ORDERED** and **ADJUDGED** that (1) Plaintiff's Motion for Summary Judgment is **GRANTED** (ECF No. 10); (2) Defendant's Motion for Summary Judgment is **DENIED** (ECF No. 12); and (3) the ALJ's decision is **REMANDED** under sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

Dated: September 23, 2026

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge